UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
CHARLIE CURRIN,

                     Plaintiff,

      -against-

GLENWOOD MANAGEMENT CORP.,

                    Defendant.

-------------------------------------------------------------- x

21-CV-10763 (ALC)(RWL)
22-CV-5289 (ALC)(RWL)
22-CV-5291 (ALC)(RWL)
22-CV-05424 (ALC)

**30-DAY ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    Magistrate Judge Lehrburger has informed this Court that the Feb. 27, 2023 Settlement Conference in 21-CV-10763 resulted in the parties agreeing to the terms of a settlement. It is hereby ORDERED that the above-captioned action and its related actions are discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

    The Clerk of Court is directed to docket this order in each of the related cases: 1:22-cv-05291-ALC; 1:22-cv-05289-ALC; 1:22-cv-05424-ALC.

    The Clerk of Court is respectfully requested to mail a copy of this order to Plaintiff at:

Charlie G. Currin
330 West 39th Street
Apt. 19-G
New York, NY 11576

**SO ORDERED.**

**Dated:**    **New York, New York**
            **February 27, 2023**

                                                       **ANDREW L. CARTER, JR.**
                                                       **United States District Judge**